■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINDA KOZLOWSKI, Appellant. [624 NYS2d 1006] —Judgment unan-

imously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Attempted Robbery, 1st Degree.) Present—Denman, P. J., Lawton, Wesley, Balio and Boehm, JJ.